IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL COLLICK, | § | |
| | § | |
| Defendant, | § | No. 402, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Crim. ID No. 2405011318 (S) |
| | § | |
| Appellee. | § | |

Submitted: November 21, 2025
Decided: December 2, 2025

## **ORDER**

On September 23, 2025, the Court received from the appellant a motion and affidavit to proceed *in forma pauperis*. In September and October, the Clerk's office sent the appellant letters directing him to file a notice of appeal. After he failed to do so by the deadlines provided, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed a notice of appeal as directed in the earlier correspondence. The appellant received the notice by November 10, 2025. The appellant having failed to respond to the notice to show cause within the required ten-day period or to file a notice of appeal, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice